jury. Yarborough v. State, 129 Tex.Cr.R. 177, 84 S.W.2d 729. The state's attorney before this court confesses error.

The judgment is reversed and the cause remanded.

PER CURIAM. .

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## McCULLOUGH v. STATE.

### No. 19862.

Court of Criminal Appeals of Texas. June 8, 1938.

Aubrey Morris, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for five years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.